**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:        Billy Gene Freeman, Jr, Debtor        Case No. 24-50241-KMS
                                                                              **CHAPTER 13**

### MOTION TO INCUR NEW DEBT

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 02/27/2024.
2. Debtor is paying approximately 36% to General Unsecured Debts through the plan.
3. Debtor is currently renting his current residence. Debtor wishes to purchase a home.
4. Debtor has been pre-approved for a mortgage up to $236,084.00. The interest rate under the pre-approval is 7.125% for a term of $360 months. The estimated monthly payment, including escrow, is approximately $2,039.64 per month.
5. Debtor asks the Court to approve this Motion to incur debt up to $236,084.00 to purchase a home.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

### CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Incur Debt was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.