# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **Billy Gene Freeman, Jr, Debtor**                Case No. 24-50241-KMS
                                                                              **CHAPTER 13**

## NOTICE

Debtor has filed papers with the court to incur new debt.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: December 16, 2025     Signature:     /s/ Thomas C. Rollins, Jr.
                                                                   Thomas C. Rollins, Jr. (MSBN 103469)
                                                                   The Rollins Law Firm, PLLC
                                                                   P.O Box 13767
                                                                   Jackson, MS 39236
                                                                   601-500-5533
                                                                   trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:        Billy Gene Freeman, Jr, Debtor            Case No. 24-50241-KMS
                                                                                    **CHAPTER 13**

## MOTION TO INCUR NEW DEBT

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 02/27/2024.
2. Debtor is paying approximately 36% to General Unsecured Debts through the plan.
3. Debtor is currently renting his current residence. Debtor wishes to purchase a home.
4. Debtor has been pre-approved for a mortgage up to $236,084.00. The interest rate under the pre-approval is 7.125% for a term of $360 months. The estimated monthly payment, including escrow, is approximately $2,039.64 per month.
5. Debtor asks the Court to approve this Motion to incur debt up to $236,084.00 to purchase a home.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533


CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Incur Debt was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 24-50241-KMS |
|---|---|
| BILLY GENE FREEMAN, JR | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 12/16/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Incur New Debt

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/16/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 24-50241-KMS |
|---|---|
| BILLY GENE FREEMAN, JR | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 12/16/2025, a copy of the following documents, described below,

Notice and Motion to Incur New Debt

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/16/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-50241-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE DEC 16 8-48-0 PST 2025 | PASCAGOULA FINANCE INC<br>CO BYRD  WISER<br>PO DRAWER 1939<br>BILOXI  MS 39533-1939 | SANTANDER CONSUMER USA  INC DBA CHRYSLER<br>1601 ELM ST  SUITE 800<br>DALLAS  TX 75201-7260 |
| EXCLUDE<br><br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ | ACIMA CREDIT<br>9815 SOUTH MONROE STREET<br>4TH FLOOR<br>SANDY  UT 84070-4384 | AUDRA FREEMAN<br>3428 N 9TH ST<br>OCEAN SPRINGS  MS 39564-1043 |
| CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD STE 3000<br>SOUTHFIELD MI 48034-8331 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 | CAPITAL ONE  NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 |
| CITIBANK<br>PO BOX 790040<br>ST LOUIS  MO 63179-0040 | CREDIT ACCEPTANCE<br>PO BOX 5070<br>SOUTHFIELD  MI 48086-5070 | CREDIT ONE BANK<br>ATTN BANKRUPTCY<br>6801 CIMARRON RD<br>LAS VEGAS  NV 89113-2273 |
| FIRST PREMIER BANK<br>ATTN BANKRUPTCY<br>PO BOX 5524<br>SIOUX FALLS  SD 57117-5524 | (P)FIRST SAVINGS BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | FORTIVA<br>ATTN BANKRUPTCY<br>PO BOX 105555<br>ATLANTA  GA 30348-5555 |
| GENESIS FS<br>ATTN BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON  OR 97076-4401 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 |
| MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE  SC 29603-0368 | (P)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | MOHELA<br>PO BOX 82561<br>LINCOLN  NE 68501-2561 |
| MERRICK BANK<br>ATTN BANKRUPTCY<br>PO BOX 9201<br>OLD BETHPAGE  NY 11804-9001 | MIDNIGHT VELVET<br>ATTN BANKRUPTCY<br>1112 7TH AVENUE<br>MONROE  WI 53566-1364 | (P)NAVIGATOR CREDIT UNION<br>ATTENTION CONSTANCE OGO<br>P O BOX 1647<br>PASCAGOULA MS 39568-1647 |
| ONEMAIN FINANCIAL GROUP  LLC<br>ONEMAIN<br>PO BOX 3251<br>EVANSVILLE  IN 47731-3251 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PASCAGOULA FINANCE<br>2224 DENNY AVENUE<br>PASCAGOULA  MS 39567-3416 |

| | | |
|---|---|---|
| QUANTUM3 GROUP LLC AS AGENT FOR<br>CONCORA CREDIT INC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | (P)MRV BANKS<br>871 STE GENEVIEVE DR<br>STE GENEVIEVE MO 63670-1406 | ROBERT ALAN BYRD ESQ<br>BYRD WISER<br>COUNSEL FOR PASCAGOULA FINANCE INC<br>PO BOX 1939<br>BILOXI MS 39533-1939 |
| SANTANDER CONSUMER USA INC<br>DBA CHRYSLER CAPITAL<br>1601 ELM ST SUITE 800<br>DALLAS TX 75201-7260 | SANTANDER CONSUMER USA<br>ATTN BANKRUPTCY<br>PO BOX 961211<br>FORT WORTH TX 76161-0211 | TOTAL VISA<br>ATTN BANKRUPTCY<br>PO BOX 84930<br>SIOUX FALLS SD 57118-4930 |
| US DEPARTMENT OF EDUCATION CO NELNET<br>121 S 13TH ST<br>LINCOLN NE 68508-1904 | EXCLUDE<br><br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ | (P)WESTGATE RESORTS<br>ATTN MANDY BUSKIRK<br>2801 OLD WINTER GARDEN ROAD<br>OCOEE FL 34761-2965 |
| WORLD FINANCE COMPANY OF MISSISSIPPI LLC<br>WORLD ACCEPTANCE CORPORATION<br>ATTN BANKRUPTCY<br>PO BOX 6429<br>GREENVILLE SC 29606-6429 | WORLD FINANCE CORP<br>ATTN BANKRUPTCY<br>PO BOX 6429<br>GREENVILLE SC 29606-6429 | DEBTOR<br><br>BILLY GENE FREEMAN JR<br>3428 N 9TH ST<br>OCEAN SPRINGS MS 39564-1043 |
| EXCLUDE<br><br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ | EXCLUDE<br><br>~~(P)WARREN A CUNTZ T1 JR~~<br>~~PO BOX 3749~~<br>~~GULFPORT MS 39505-3749~~ | |