## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Billy Gene Freeman, Jr  Case No. 24-50241-KMS
, Debtor(s)  CHAPTER 13

### NOTICE OF CHANGE OF ADDRESS FOR DEBTOR

Please take notice that the new mailing address for the below Debtor(s) is:

**New Mailing Address:**  3421 N 10th St
Ocean Springs, MS 39564

Date:  December 30, 2025

/s/ Thomas C. Rollins, Jr.
Attorney for Debtor

### Certificate of Service

I hereby certify that a copy of the foregoing Notice of Change of Address was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

/s/ Thomas C. Rollins, Jr.
Attorney for Debtor

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533