B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

SOUTHERN DISTRICT OF MS

In Re:                                                                Case No.  2450241
BILLY GENE FREEMAN, JR

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Portfolio Recovery Associates, LLC                 OneMain Financial Group, LLC
-------------------------------------------         -------------------------------------------
Name of Transferee                                  Name of Transferor


Name and Address where notices to transferee        Court Claim # (if known): 2
should be sent:                                     Amount of Claim: $18,871.33
Portfolio Recovery Associates, LLC                  Date Claim Filed: 03/08/2024
POB 41067
Norfolk, VA 23541


Phone: (877)829-8298                                Phone:
Last Four Digits of Acct # :  9108                  Last Four Digits of Acct #: 9108

Name and Address where transferee payments          Seller Information
Should be sent (if different from above)            ONEMAIN FINANCIAL GROUP, LLC
Portfolio Recovery Associates, LLC                  601 NW SECOND STREET
POB 12914                                           EVANSVILLE IN 47708
Norfolk, VA 23541

Phone: (877)829-8298
Last Four Digits of Acct # : 9108


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Alinecia Williams                           Date: 6/25/2026
    -------------------------------------------
    Transferee/Transferee's Agent
Email: Bankruptcy_Info@portfoliorecovery.com


*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EXHIBIT A

## ASSIGNMENT AND BILL OF SALE

ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation, on behalf of themselves and as attorney in fact for; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2021-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-S1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2024-1, a Delaware statutory trust;  ONEMAIN FINANCIAL ISSUANCE TRUST 2025-1, a Delaware statutory trust;  ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2019-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2022-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2023-1, a Delaware statutory trust, ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2025-1, a Delaware statutory trust and ONEMAIN FINANCIAL TERM FUNDING I, LLC, a Delaware statutory trust.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Sellers hereby sell, assign, and transfer to Buyer, its successors and permitted assigns, all of Sellers rights, title, and interest in and to the Accounts owned by such Sellers and identified on the Sale File delivered by the Sellers to Buyer in electronic file form in conjunction herewith and titled ▮▮▮▮▮▮▮▮

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement on May 26, 2026.

[SIGNATURE PAGE(S) FOLLOW]

## ASSIGNMENT AND BILL OF SALE

## SIGNATURE PAGE

SELLERS: ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation, on behalf of themselves and as attorney in fact for; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2021-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-S1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2024-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2025-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2019-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2022-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2023-1, a Delaware statutory trust, ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2025-1, a Delaware statutory trust and ONEMAIN FINANCIAL TERM FUNDING I, LLC, a Delaware statutory trust.

ONEMAIN FINANCIAL GROUP, LLC, a
Delaware limited liability company

Signed by:

By: Joe Orlando
_____
436151F75DE3463...

Name: Joseph M. Orlando

Title: Vice President, Managing Director

ONEMAIN FINANCIAL OF MINNESOTA,
INC., a Minnesota corporation

Signed by:

By: Joe Orlando
_____
436151F75DE3463...

Name: Joseph M. Orlando

Title: Vice President, Managing Director

BUYER: PORTFOLIO RECOVERY ASSOCIATES, LLC;
A Delaware limited liability company

DocuSigned by:

By: Leigh Bates
_____
8A3D5D08186/4CF...

Name: Leigh Bates

Title: Authorized Signer