United States Bankruptcy Court

Southern District of Mississippi

In re:

Billy Gene Freeman, Jr

    Debtor

Case No. 24-50241-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 26, 2026 | Form ID: n001 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Billy Gene Freeman, Jr, 3421 N 10th St, Ocean Springs, MS 39564-9488 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5337580 | Email/PDF: cbp@omf.com | Jun 26 2026 19:37:20 | OneMain Financial Group, LLC, OneMain, Po Box 3251, Evansville, IN 47731-3251 |
| 5689648 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 26 2026 19:36:52 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Robert Alan Byrd | on behalf of Creditor Pascagoula Finance Inc. rab@byrd-wiser.com  wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Billy Gene Freeman  Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6          User: mssbad          Page 2 of 2

Date Rcvd: Jun 26, 2026          Form ID: n001          Total Noticed: 3

United States Trustee

     USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

     wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 4

District/off: 0538-6          User: mssbad          Page 2 of 2

Date Rcvd: Jun 26, 2026          Form ID: n001          Total Noticed: 3

United States Trustee

     USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

     wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 4

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:** Billy Gene Freeman Jr

**Case No.:** 24−50241−KMS

**Chapter** 13

**To:** Assignee/Transferee

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

**To:** Assignor/Transferor

OneMain Financial Group, LLC
OneMain
P.O. Box 3251
Evansville, IN 47731−3251

## Notice of Assignment/Transfer of Claim

   **Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that OneMain Financial Group, LLC has assigned/transferred its claim in the amount of $18,871.33 to Portfolio Recovery Associates, LLC.

   **Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **July 17, 2026** you are required to file a written response.  Registered users of the Electronic Case Filing (ECF) system should file any response using ECF.  Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

   **Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: June 26, 2026

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

228−563−1790